**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:98CR328 -V**
**3:05CR363-V**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ALEJANDRO SILVA (3)** | ) | |
| | ) | |

        **THIS MATTER** is before the Court upon Defendant's motion for a continuance of the supervised release hearing scheduled for the 23 January 2006 term in the Charlotte Division.  For the reasons stated in Defendant's motion, the Court finds that good cause has been shown to continue this matter.

        **IT IS, THEREFORE, ORDERED** that Defendant's motion for a continuance is **GRANTED**.  The hearing is hereby continued from the January 2006 term in the Charlotte Division to the next available term in the Charlotte Division.

**Signed: January 10, 2006**

Richard L. Voorhees
United States District Judge